IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FERNANDO BURCIAGA, a single man,<br><br>                                  Plaintiff,<br><br>    vs.<br><br>ACCURATE CARGO DELIVERY<br>SYSTEMS, INC., an Arizona Corporation;<br>KENNETH REYNOLDS and KIMBERLY<br>REYNOLDS, husband and wife,<br><br>                                Defendants. | No. 2:13-cv-0679-HRH |

O R D E R

Stipulation for Dismissal[1]

    Pursuant to the stipulation of the parties, and good cause appearing,

    It is hereby ordered that the above captioned litigation is dismissed with prejudice, with each party to take nothing thereby, and each party to bear his or their own costs and attorney fees.

    DATED at Anchorage, Alaska, this  2nd   day of May, 2013.

                                                           /s/ H. Russel Holland<br>
                                                           United States District Judge

---

[1]Docket No. 6.

Order – Stipulation for Dismissal                                                                          - 1 -